FILED
2018 Aug-16 AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DONNA ELIZABETH LAMB, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-02069-KOB |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On June 20, 2018, the magistrate judge entered a report recommending that the court affirm the Commissioner's decision. (Doc. 10). No party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the decision of the Commissioner should be affirmed.

The court will enter a separate Final Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 16th day of August, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE